# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARCUS PARIS, | Case No.: 2:22-cv-01754-APG-BNW |
| Plaintiff | **Order** |
| v. | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC and RAUSCH STURM LLP, | |
| Defendants | |

On November 7, 2022, the parties advised the court that they settled this dispute and requested 60 days to finalize the settlement. ECF No. 7. More than 60 days have passed, but the parties have not filed a stipulation of dismissal or a voluntary dismissal as to defendant Portfolio Recovery Associates, LLC.

I THEREFORE ORDER that by March 17, 2023, the parties shall file a stipulated or voluntary dismissal as to defendant Portfolio Recovery Associates, LLC, or a status report regarding settlement. If no stipulation or report is filed by that date, I will dismiss the claims against Portfolio Recovery Associates without prejudice.

DATED this 27th day of February, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE