UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARCUS PARIS, | Case No.: 2:22-cv-01754-APG-BNW |
| Plaintiff | **Order** |
| v. | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC and RAUSCH STURM LLP, | |
| Defendants | |

On November 7, 2022, the parties advised the court that they settled this dispute and requested 60 days to finalize the settlement. ECF No. 7.  More than 60 days passed without the parties filing a stipulated or voluntary dismissal as to defendant Portfolio Recovery Associates, LLC, so I ordered the parties to file a stipulated or voluntary dismissal as to Portfolio, or a status report regarding settlement. ECF No. 9.  I advised the parties that if nothing was filed by March 17, 2023, I would dismiss the claims against Portfolio without prejudice. *Id.*  Nothing was filed.

I THEREFORE ORDER that the plaintiff's claims against defendant Portfolio Recovery Associates, LLC are dismissed without prejudice.  The clerk of court is instructed to close this case.

DATED this 21st day of March, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE